DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHNNY JUNIOR GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-770

————————————————

September 17, 2021

Appeal pursuant to Fla. R. App. 9.141(b)(2) from the Circuit Court
for Sarasota County; Donna M. Padar, Judge.

Johnny Junior Graham, pro se.


PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.